1  JOHN M. GUARAGNA (Bar No. 199277)
   john.guaragna@dlapiper.com
2  **DLA PIPER LLP (US)**
   401 Congress Avenue, Suite 2500
3  Austin, TX  78701-3799
   Tel: 512.457.7000
4  Fax: 512.457.7001

5  JESSE HINDMAN (Bar No. 222935)
   jesse.hindman@dlapiper.com
6  **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
7  San Diego, CA  92101-4297
   Tel: 619.699.2700
8  Fax: 619.699.2701

9  Attorneys for Defendant
   STARWOOD HOTELS & RESORTS
10 WORLDWIDE, INC.

11

                    UNITED STATES DISTRICT COURT
12
                    SOUTHERN DISTRICT OF CALIFORNIA
13

14 | AMERANTH, INC, | Case No. 12-CV-01629-JLS-NLS |
15 | Plaintiff, | |
16 | v. | **DEFENDANT STARWOOD HOTELS & RESORTS WORLDWIDE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS** |
17 | STARWOOD HOTELS & RESORTS WORLDWIDE, INC. | **TRIAL BY JURY DEMANDED** |
18 | Defendant. | Date: December 13, 2012 |
19 |  | Time: 1:30 p.m. |
   |  | Location: Courtroom 6 |
20 |  | Judge: Hon. Janis L. Sammartino |

DLA PIPER LLP (US)
SAN DIEGO

WEST\238714213.1                                          12-CV-01629 JLS (NLS)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 13, 2012, at 1:30 p.m., in the Courtroom of the Honorable Janis L. Sammartino of the above-entitled court, located at 940 Front Street, San Diego, California 92101, Defendant Starwood Hotels & Resorts Worldwide, Inc. ("Starwood") will and hereby does move for an order to dismiss the patent infringement claims asserted against Starwood by Plaintiff Ameranth, Inc. ("Ameranth") in the above-titled case.

This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Ameranth's Complaint fails to allege facts that state a plausible claim for relief based upon Starwood's alleged direct infringement, indirect infringement and willful infringement of the asserted patents. Accordingly, Ameranth's claims against Starwood should be dismissed in their entirety.

This Motion is based on this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities, all of which are served and filed herewith, the complete records and files of this action, and any argument or additional evidence that is permitted by this Court.

Dated:  September 24, 2012        DLA PIPER LLP (US)

                                  By  */s/ Jesse Hindman*
                                      JESSE HINDMAN
                                      Attorneys for Defendant
                                      Starwood Hotels & Resorts Worldwide, Inc.